CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Oscar Lenin Barahona-Rodriguez**<br>YOB: 1984; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-04772MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about November 9, 2021, at or near Vamori, in the District of Arizona, **Oscar Lenin Barahona-Rodriguez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on July 28, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Oscar Lenin Barahona-Rodriguez** is a citizen of Mexico. On July 28, 2020, **Oscar Lenin Barahona-Rodriguez** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On November 9, 2021, agents found **Oscar Lenin Barahona-Rodriguez** in the United States at or near Vamori, Arizona, without the proper immigration documents. **Oscar Lenin Barahona-Rodriguez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

DETENTION REQUESTED
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.
CJC3/AJC
AUTHORIZED AUSA /s/Christopher Curran

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Border Patrol Agent
Andrew J. Carpenter

Sworn by telephone  x

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
November 12, 2021

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54.